UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ROBERT CALDEIRA DE OLIVEIRA JUNIOR, Petitioner, v. MARKWAYNE MULLIN, et al., Respondents. | CIVIL ACTION NO. 26-CV-14256-WGY |

YOUNG, D.J. September 28, 2026

**ORDER**

The Court has reviewed the petition filed by Petitioner Robert Caldeira De Oliveira Junior ("Petitioner") for habeas corpus relief under 28 U.S.C. § 2241 ("the Petition"), ECF No. 1, as well as the Respondents' abbreviated response to the Petition ("Response"), ECF No. 6.

This Court finds that, as due process requires, Petitioner is entitled to a bond hearing before an immigration judge. This conclusion is consistent with the binding decision in Guerrero Orellana v. Moniz, No. 25-2152, 2026 WL2352042 (1st Cir. Aug. 13, 2026).

Further, Respondents acknowledge that, in light of this Court's decision in Gonzalez Guerrero v. Wesling, 26-cv-11293-WGY, ECF No. 7 (D. Mass. Mar. 31, 2026), "should the Court follow its reasoning in that case, the Court would likely find

that that ICE detention authority remains 8 U.S.C. § 1225(b)(1), but that, in this instance, Petitioner's detention without a bond hearing violates his due process rights." ECF No. 6 at 1. On the facts before it, the Court does not find reason to deviate from the analysis presented in Gonzalez Guerrero.

Accordingly, the Court hereby ALLOWS the Petition, ECF No. 1, insofar as it seeks a bond hearing/individualized custody redetermination before an immigration judge, at which the government bears the burden of proving Petitioner poses a danger to the community or flight risk, see Hernandez-Lara v. Lyons, 10 F.4th 19, 41 (1st Cir. 2021), and ORDERS this hearing be held within seven (7) days of the date of this Order. The Court further ORDERS Respondents to file a status report -- stating whether Petitioner has been granted bond and, if his request for bond is denied, the reasons for the denial -- within ten (10) days of this Order.

**SO ORDERED.**

William G. Young
WILLIAM G. YOUNG
JUDGE
of the
UNITED STATES[1]

---

[1] This is how my predecessor, Peleg Sprague (D. Mass 1841-1865), would sign official documents. Now that I'm a Senior District Judge I adopt this format in honor of all the judicial colleagues, state and federal, with whom I have had the privilege to serve over the past 48 years.